

**FILED**

12/22/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0167

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0167

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

ALAN TODD RUFF,

    Defendant and Appellant.

FILED

DEC 2 2 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Counsel for the Appellant Alan Todd Ruff filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that counsel has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders* v. *California,* 386 U.S. 738, 87 S. Ct. 1396 (1967). Ruff responded to counsel's brief and objected to counsel's motion.

The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders*. We conclude a nonfrivolous issue exists as to whether the District Court imposed an illegal sentence by imposing certain probation conditions that lack a nexus with the underlying offense or to the offender.

Therefore,

IT IS ORDERED that counsel's motion to be allowed to withdraw is DENIED.

IT IS FURTHER ORDERED that Appellant's opening brief shall be due within thirty days of the date of this Order.

The Clerk is directed to provide copies of this Order to all counsel of record and to the appellant personally.

DATED this 22nd day of December, 2020.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices